UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 06-44004-399 |
| | ) | |
| JEFFERY STEVEN RIDDLE | ) | |
| | ) | CHAPTER 13 |
| PAMELA ANN RIDDLE | ) | |
| | ) | |
| DEBTOR(S) | ) | |

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

WEST PLAINS IMAGING
3102 INDEPENDENCE SQ             $           12.05

WEST PLAINS MO
052833              65775

　　　　　　　　　　　　　　　　/s/ John V. LaBarge, Jr.
　　　　　　　　　　　　　　　　-----------------------------------
DATE: May 28, 2010　　　　　　　 JOHN V. LABARGE, JR.,
　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　P.O. Box 430908
　　　　　　　　　　　　　　　　St. Louis, MO 63143
BG -091　　　　　　　　　　　　 (314) 781-8100   trust33@ch13stl.com